UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Rafael Arroyo, Jr.**,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>**Doublz Par, Inc**., a California Corporation;<br>and Does 1-10,<br><br>　　　Defendants. | Case 2:19-CV-02331-RGK-MRW<br><br>\|P̶r̶o̶p̶o̶s̶e̶d̶\| **Judgment**<br>Re: Default Judgment |

Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Rafael Arroyo, Jr., shall have JUDGMENT in his favor in the amount of **$8,342.50** against defendant Doublz Par, Inc.

Additionally, defendant Doublz Par, Inc., is ordered to provide accessible sales counter at the property located at 15100 Paramount Blvd., Paramount, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: July 30, 2019          By: _____
                                   United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff